An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON LUTHER CROOKSTON,
Petitioner,
vs.
THE FOURTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF ELKO;
AND THE HONORABLE ALVIN R.
KACIN, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67354

**FILED**

FEB 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is an original petition for a writ of mandamus. Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge. Petitioner has filed a notice of withdrawal of the petition. We treat the notice as a motion to withdraw the petition and grant the motion. *Cf.* NRAP 42(b). Accordingly, we

ORDER the petition DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Alvin R. Kacin, District Judge
       Elko County Public Defender
       Attorney General/Carson City
       Elko County District Attorney
       Elko County Clerk
       Aaron Luther Crookston

15-04928